1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  CHAD M. MANDELL (ILBN 6286783)
   Special Assistant United States Attorney
5
   150 Almaden Boulevard
6  San Jose, California 95113
   Telephone: (408) 535-5059
7  Facsimile:  (408) 535-5066
   Email: chad.mandell@usdoj.gov
8
   Attorneys for the United States of America
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,        )  No. CR-08 00763 RMW
                                      )
15 |     Plaintiff,                   )  STIPULATION AND [PROPOSED]
                                      )  ORDER EXCLUDING TIME FROM
16 | v.                               )  OCTOBER 30, 2008 TO NOVEMBER 17,
                                      )  2008 FROM THE SPEEDY TRIAL ACT
17 | ARMANDO ANDRADE-ESPINOZA,        )  CALCULATION (18 U.S.C. §
                                      )  3161(h)(8)(A))
18 |     Defendant.                   )
                                      )
19 |_____     )

20      On October 30, 2008, the parties appeared for a hearing before this the Honorable

21 Magistrate Judge Howard R. Lloyd.  At that hearing, the government and defense requested an

22 exclusion of time under the Speedy Trial Act based upon the defense counsel's need to

23 effectively prepare by reviewing discovery materials submitted by the government.  At that time,

24 the Court set the matter for a status hearing on November 17, 2008, at 9:00 a.m. before the

25 Honorable Judge Ronald M. Whyte.

26      The parties stipulate that the time between October 30, 2008 and November 17, 2008 is

27 excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the

28 requested continuance would unreasonably deny defense counsel reasonable time necessary for

1

effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18 U.S.C. §3161(h)(8)(A).

DATED: November 3, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

___/s/_____
CHAD M. MANDELL
Special Assistant United States Attorney

___/s/_____
LARA VINNARD
Assistant Federal Public Defender

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between October 30, 2008 and November 17, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED: 11/7/08

HOWARD R. LLOYD
UNITED STATES MAGISTRATE DISTRICT JUDGE

3